[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 21, 2006
THOMAS K. KAHN
CLERK

No. 06-13730
Non-Argument Calendar

_____

D. C. Docket No. 05-00141-CV-T-24MAP

TARSHISH MCDONALD,
individually and as representative
of others similarly situated,

Plaintiff-Appellant,

versus

DAVID GEE, Hillsborough County
Sheriff, in his official capacity,
DEPUTY STU GRAY, Badge #3277,
in his individual capacity,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 21, 2006)**

Before WILSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

This is an action brought under § 1983 against a Deputy and the Sheriff of Hillsborough County, Florida. The allegations deal with an arrest warrant obtained by Deputy Gray and an arrest made thereafter. Sheriff Gee was alleged to have implemented a policy of targeting and harassing African-Americans for non-existing violations. The parties consented to the matter being handled by a United States Magistrate Judge. Summary judgment was entered in favor of both defendants.

After reviewing the record and the briefs of the parties, we affirm the summary judgments for the reasons set forth in the ORDER of the United States Magistrate Judge dated May 31, 2006 and corrected on July 5, 2006.

**AFFIRMED.**